PELHAM DEVELOPMENT CORP., APPELLANT, *v.* ORANGE VILLAGE ZONING AND PLANNING COMMISSION ET AL., APPELLEES.

(No. 70-429—Decided March 24, 1971.)

*Messrs. Falsgraf, Reidy, Shoup & Ault* and *Mr. Harry J. Lehman,* for appellant.

*Mr. Albert M. Heavilin,* village solicitor, for appellees.

*Per Curiam.* This court has recently determined, in *Gates Mills Investment Co.* v. *Parks* (1971), 25 Ohio St. 2d 16, that under R. C. 711.09 the planning commission of a village may not refuse to endorse its approval on a plat for a proposed subdivision for the *sole* reason that the plat would violate a zoning ordinance passed by that municipality's legislative authority. Here as in *Gates Mills* the record does not indicate that the planning commission *itself* has adopted any plan or rules and regulations.

The facts in the instant case falling directly under the purview of *Gates Mills Investment Co.* v. *Parks, supra,* the motion to certify the record is allowed, and the judgment of the Court of Appeals is reversed. As in *Gates Mills,* we make no finding here concerning the validity of the zoning ordinance; but leave that for adjudication in a proper action.

*Judgment reversed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN, CORRIGAN, STERN and LEACH, JJ., concur.